UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____ )
IN RE IMMUCOR, INC.                 ) CIVIL ACTION NO: 1:05-CV-
SECURITIES LITIGATION               ) 2276-WSD
_____ )

# LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned consolidated class action respectfully move this Court for entry of an Order determining that this action shall be maintained as a class action on behalf of the following Class:

> All persons and entities who purchased or otherwise acquired Immucor, Inc. ("Immucor" or the "Company") common stock between August 16, 2004 and August 24, 2005 inclusive (the "Class Period") and who were damaged thereby.

Excluded from the Class are all Defendants and other related non-parties, members of the immediate family of each of the Defendants (if appropriate), any person, firm, trust, corporation, officer, director or other individual or entity in which any defendant or other related non-party has a controlling interest or which is related to or affiliated with any of the defendants or other related non-parties, and the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party or other related non-party.

In support of their Motion for Class Certification, Plaintiffs rely upon all the pleadings and the memorandum of law filed herewith.

Respectfully submitted this 22nd day of January, 2007.

**CHITWOOD HARLEY HARNES LLP**

 /s/   Martin D. Chitwood
Martin D. Chitwood
Georgia Bar No. 124950
Gregory E. Keller
*Admitted pro hac vice*
Meryl W. Edelstein
Georgia Bar No. 238919
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  404/873-3900
Facsimile:  404/876-4476

**LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP**
Jack Reise
Douglas Wilens
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
Facsimile:  561/750-3364

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| _____ ) | |
| IN RE IMMUCOR, INC. ) | CIVIL ACTION NO: 1:05-CV- |
| SECURITIES LITIGATION ) | 2276-WSD |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served a true and correct copy of the within and foregoing "LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION" via the Court's electronic filing notification and by first-class U.S. Mail, postage prepaid, upon counsel at the following addresses:

Emmet J. Bondurant
Jeffrey O. Bramlett
Corey F. Hirokawa
Emily Hammond Meazell
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, GA 30309

          **CHITWOOD HARLEY HARNES LLP**

          /s/ Martin D. Chitwood
          Martin D. Chitwood
          Georgia Bar No. 124950
          Gregory E. Keller
          *Admitted pro hac vice*
          Meryl W. Edelstein
          Georgia Bar No. 238919
          2300 Promenade II
          1230 Peachtree Street, NE

Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
mchitwood@chitwoodlaw.com