**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISON**

| | |
|---|---|
| IN RE IMMUCOR, INC. SECURITIES LITIGATION | ) ) CIVIL ACTION ) NO. 1:05-CV-2276-WSD ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW Plaintiffs and respectfully move this Court for preliminary approval of the proposed settlement of the above-captioned action on a class basis. Plaintiffs have filed simultaneously herewith a Memorandum in Support of their Motion for Preliminary Approval of Class Action Settlement. For the reasons set forth in Plaintiffs' Memorandum and in the Stipulation of Settlement ("Settlement Stipulation") submitted herewith, this Court should find preliminarily that the proposed settlement is reasonable and fair, and that it warrants notifying the settlement class members of the terms of the proposed settlement and of their rights in connection with the proposed settlement. Defendants agree that Plaintiffs' Motion should be granted. A proposed order granting the relief requested herein is attached to the Settlement Stipulation as Exhibit A, and for the Court's convenience, an additional copy is attached hereto as Exhibit 1.

Respectfully submitted this 14[h] day of May, 2007.

**CHITWOOD HARLEY HARNES LLP**

By:___/s/ Meryl W. Edelstein_____
Martin D. Chitwood, Ga. Bar No. 124950
Gregory E. Keller, *Admitted Pro Hac Vice*
Robert W. Killorin, Ga. Bar No. 417775
Meryl W. Edelstein, Ga. Bar No. 238919
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
E-mail: MEdelstein@chitwoodlaw.com
E-mail: MChitwood@chitwoodlaw.com
E-mail: RKillorin@chitwoodlaw.com
E-mail: GKeller@chitwoodlaw.com

**LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS, LLP**
Jack Reise
Douglas Wilens
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel: (561) 750-3000
Fax: (561) 750-3364

**LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP**
Jeffrey D. Light
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: (619) 231-1058
Fax: (619) 231-7423

Co-Lead Counsel for Lead Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that I have on this day serve a true and correct copy of the within and foregoing **"PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT"** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey O. Bramlett
Corey F. Hirokawa
Tiana S. Mykkeltvedt
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

This 14th of May 2007.

    s/ Meryl W. Edelstein
Meryl W. Edelstein
Georgia Bar No. 238919

**CHITWOOD HARLEY HARNES LLP**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
E-mail: MEdelstein@chitwoodlaw.com