UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| _____ | ) |
|  | ) |
| IN RE IMMUCOR, INC. | ) CIVIL ACTION |
| SECURITIES LITIGATION | ) NO. 1:05-CV-2276-WSD |
|  | ) |
| _____ | ) |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS**

Lead Plaintiffs move this Court for final approval of the proposed settlement of

the above-captioned class action and approval of the Plan of Allocation of settlement

proceeds. Lead Plaintiffs have filed herewith a Memorandum of Law in Support of

Final Approval of Class Action Settlement and Plan of Allocation of Settlement

Proceeds (the "Settlement Memorandum"). For all the reasons set forth in the

Settlement Memorandum, the Stipulation of Settlement dated as of May 14, 2007 (the

"Stipulation") and the Declaration of Meryl W. Edelstein in Support of Proposed

Settlement, Plan of Allocation and Application for Award of Plaintiffs' Attorneys'

Fees and Reimbursement of Expenses, this Court should find that the settlement

constitutes a substantial monetary recovery, negotiated by experienced counsel at

arm's length, and that the settlement is fair, reasonable, and adequate to the Class, and

should be approved. The Court should also find that the Plan of Allocation of

- 1 -

settlement proceeds which was developed with the assistance of Lead Plaintiffs'

damage expert is fair, reasonable, and adequate to the Class, and should be approved.

[Proposed] Orders granting the requested relief are attached hereto as Exhibit 1 and

Exhibit 2, respectfully.

Respectfully submitted this 12th day of September, 2007.

**CHITWOOD HARLEY HARNES LLP**

By:   s/ Meryl W. Edelstein
     Martin D. Chitwood, Ga. Bar No. 124950
     Gregory E. Keller, *Admitted Pro Hac Vice*
     Meryl W. Edelstein, Ga. Bar No. 238919
     2300 Promenade II
     1230 Peachtree Street, NE
     Atlanta, GA 30309
     Tel:  (404) 873-3900
     Fax:  (404) 876-4476
     E-mail:  MEdelstein@chitwoodlaw.com
     E-mail:  MChitwood@chitwoodlaw.com
     E-mail:  GKeller@chitwoodlaw.com

**COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS, LLP**
Jack Reise
Douglas Wilens
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel:  (561) 750-3000
Fax:  (561) 750-3364

**COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
Jeffrey D. Light
655 West Broadway, Suite 1900

- 3 -

San Diego, CA  92101-3301
Telephone:  (619) 231-1058
Fax:  (619) 231-7423

 Co-Lead Counsel for Lead Plaintiffs

# CERTIFICATE OF SERVICE

This is to certify that I have on this day serve a true and correct copy of the within and foregoing **"LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS"** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey O. Bramlett
Corey F. Hirokawa
Tiana S. Mykkeltvedt
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

This 12th day of September, 2007.

s/ Meryl W. Edelstein
Meryl W. Edelstein
Georgia Bar No. 238919

**CHITWOOD HARLEY HARNES LLP**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
E-mail: MEdelstein@chitwoodlaw.com